IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES L. RUDD                                                                                           PLAINTIFF
ADC #142352

v.                                         NO. 5:10CV00150 JLH

WANDA FREEMAN, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of July, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE